NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOSEPH RAY SHOOK,                     )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No. 2D18-3095
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
                                      )
_____)

Opinion filed May 29, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hendry County; James D. Sloan,
Judge.

Joseph Ray Shook, pro se.



PER CURIAM.


          Affirmed.



CASANUEVA, VILLANTI, and SMITH, JJ., Concur.